**Verna Maureen HODGE, Appellant,**

v.

**Tommy Rollin HODGE, Respondent.**

**No. WD 35210.**

Missouri Court of Appeals,
Western District.

May 15, 1984.

David Kite, Jefferson City, for appellant.

James W. Riner, Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and BERREY, JJ.

### ORDER

PER CURIAM.

Husband appeals from that portion of a decree of legal separation which awarded the wife maintenance in the amount of $50.00 per month.

Affirmed. Rule 84.16(b).